# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. LANGLEY,<br><br>Plaintiff,<br><br>v.<br><br>WELL PATH MEDICAL, et al.,<br><br>Defendants. | No. 2:19-CV-01022-TLN-DMC<br><br><br><br>**ORDER** |

Plaintiff Christopher Langley, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 14, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 14, 2019 (ECF No. 11), are adopted

1

in full;

    2. This action is DISMISSED, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and

    3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: October 1, 2019

_____
Troy L. Nunley
United States District Judge

2